

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-21-00457-CV

**IN RE** Gilbert **VELASQUEZ**, Individually, and d/b/a Gilbert Velasquez Music

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09235
Honorable Angelica Jimenez, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:   Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On May 11, 2022, this court conditionally granted relator's petition for writ of mandamus. On May 26, 2022, the real party in interest filed a motion for en banc reconsideration. After considering the arguments raised by the real party in interest, the motion is hereby DENIED.

It is so **ORDERED** on July 15, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2020-CI-09235, styled *Pena v. Velasquez*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.